UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
DIVISION

| | |
|---|---|
| WAYNE KELLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>NORWOOD EQUITY PARTNERS, LLC,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-CV-01300-CAP |

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., Senior United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED without prejudice** pursuant to Local Rule 41.3(A)(1), NDGa, for want of prosecution.

Dated at Atlanta, Georgia, this 24th day of March, 2022.

                                        KEVIN P. WEIMER
                                        CLERK OF COURT

                          By:   s/Traci Clements Campbell
                                      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 24, 2022
Kevin P. Weimer
Clerk of Court

By:  s/Traci Clements Campbell
       Deputy Clerk